UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20587-CR-SEITZ

UNITED STATES OF AMERICA,

v.

CURTIS GATES,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) [DE 1349] of the Honorable Peter R. Palermo recommending that the CJA Voucher of Albert Levin, Esq. for fees and expenses in the total amount of $14,769.40 be reduced to $14,501.32 as fair and final compensation. The Court has reviewed Judge Palermo's R&R and Mr. Levin has advised that he will not be filing any objections. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED and made the Order of the District Court as follows: Albert Levin shall be paid **$14,501.32** as fair compensation for his work on this case.

DONE AND ORDERED in Miami, Florida this 6 day of June, 2013.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Albert Levin, Esq.
Lucy Lara, CJA Administrator